**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VALVOLINE, INC., | ) | Case No. 2:23-cv-00427 |
| | ) | |
| Plaintiff, | ) | Judge Michael H. Watson |
| | ) | |
| v. | ) | Magistrate Judge Kimberly A. Jolson |
| | ) | |
| SUPERASH REMAINDERMAN | ) | |
| LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 21, 2025 Order (Doc. No. 50), Plaintiff Valvoline Inc. ("Valvoline") and Defendant SuperAsh Remainderman Limited Partnership ("SuperAsh") (collectively, the "Parties"), hereby submit this joint report explaining the status of the State Action.[1]

As the parties have previously reported, on August 14, 2025, the Ohio Supreme Court unanimously reversed the Tenth District Court of Appeals' affirmance of the judgment in Ashland's favor, and remanded the case to the Tenth District Court of Appeals for its consideration of another argument by SuperAsh that the intermediate appellate court did not consider in its prior decision in the State Action.

The parties submitted supplemental briefings to the Tenth District Court of Appeals, and an Oral Argument was held on November 18, 2025. Because the parties believe that the estoppel issue may impact the issues to be decided in this case, the parties agree that this case should remain

---

[1] The Court defined the term the "State Action" in the Stay Order. The Parties adopt and incorporate that same definition herein.

stayed pending the outcome of Tenth District Court of Appeals' remand proceedings. They will

continue to make joint status reports every 60 days from this filing.

Respectfully Submitted,

| | |
|---|---|
| */s/ Michael T. Leigh (per authority)* | */s/ Michael L. Dillard, Jr.* |
| Michael T. Leigh (0098627) | Michael L. Dillard, Jr. (0083907) |
| Trial Attorney | Trial Attorney |
| Clark C. Johnson (*pro hac vice)* | Gerhardt A. Gosnell II (0064919) |
| Casey L. Hinkle (*pro hac vice*) | James E. Arnold (0037712) |
| Burt A. (Chuck) Stinson (*pro hac vice*) | ARNOLD & CLIFFORD LLP |
| KAPLAN JOHNSON ABATE & BIRD LLP | 115 W. Main Street, Suite 400 |
| 710 W. Main Street, 4th Floor | Columbus, Ohio 43215 |
| Louisville, Kentucky 40202 | Tel:  614.460.1600 |
| (502) 416-1630 | Fax:  614.469.1134 |
| cjohnson@kaplanjohnsonlaw.com | Email: mdillard@arnlaw.com |
| chinkle@kaplanjohnsonlaw.com | ggosnell@arnlaw.com |
| mleigh@kaplanjohnsonlaw.com | jarnold@arnlaw.com |
| cstinson@kaplanjohnsonlaw.com | |
| | *Counsel for Plaintiff* |
| Max A. Stein (*pro hac vice*) | |
| Kevin Tottis (*pro hac vice*) | |
| Keith M. Stolte (*pro hac vice*) | |
| TOTTIS LAW | |
| 401 N. Michigan Street, Suite 530 | |
| Chicago, Illinois 60611 | |
| (312) 527-1400 | |
| mstein@tottislaw.com | |
| ktottis@tottislaw.com | |
| kstolte@tottislaw.com | |
| | |
| Christopher B. Burch (0087852) | |
| BAILEY CAVALIERI | |
| 10 W. Broad Street, Suite 2100 | |
| Columbus, Ohio 43215 | |
| (614) 221-3155 | |
| cburch@baileycav.com | |
| | |
| *Counsel for Defendant* | |

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 17, 2026, a true and accurate copy of the foregoing was filed with the Court using the Clerk of Court's electronic filing system, which by its operation will send notice of this filing to all parties that have entered an appearance in this matter.

/s/ Michael L. Dillard, Jr.
Michael L. Dillard, Jr.